IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SHAW WENSEL,

    Plaintiff,                    No. CIV S-07-0900 RRB EFB P

    vs.

R. J. SUBIA, et al.,

        Defendants.         ORDER

_____/

    Plaintiff is a state prisoner without counsel suing for alleged civil rights violations. *See* 42 U.S.C. § 1983. On July 9, 2007, the court dismissed plaintiff's initial complaint with leave to amend. On September 14, 2007, plaintiff filed a first amended complaint.

    The court finds that, for the limited purposes of § 1915A screening, the complaint states a claim that defendants have been deliberately indifferent to plaintiff's safety. *See* 42 U.S.C. § 1983; 28 U.S.C. § 1915A(b).

    Accordingly, it hereby is ORDERED that:

    1. Service is appropriate for defendants R. J. Subia, E. M. Hyland and L. B. Reaves.

    2. The Clerk of the Court shall send plaintiff three USM-285 forms, one summons, an instruction sheet and one copy of the September 14, 2007, first amended complaint.

////

3.  Within 30 days from service of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit it to the court with the completed summons and USM-285 forms and four copies of the endorsed September 14, 2007, first amended complaint.

4.  Upon receipt of the necessary materials, the court will direct the United States Marshal to serve defendants R. J. Subia, E. M. Hyland and L. B. Reaves pursuant to Federal Rule of Civil Procedure 4 without payment of costs.  Failure to comply with this order will result in a recommendation that this action be dismissed.

Dated:  February 8, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SHAW WENSEL,

       Plaintiff,                       No. CIV S-07-0900 RRB EFB P

     vs.

R. J. SUBIA, et al.,

       Defendants.                 <u>NOTICE OF SUBMISSION OF DOCUMENTS</u>

      Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

        __1__    completed summons form

        __3__    completed forms USM-285

        __4__    copies of the __September 14, 2007__
                                           First Amended Complaint

Dated:

                                                  Plaintiff