IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SHAW WENSEL,

      Plaintiff,                    No. CIV S-07-0900 JAM EFB P

    vs.

R. J. SUBIA, et al.,

      Defendants.           <u>ORDER</u>

                             /

      Plaintiff is a prisoner without counsel suing for alleged civil rights violations. *See* 42 U.S.C. § 1983. Defendants request an extension of time to file and serve a response to the complaint. *See* Fed. R. Civ. P. 6(b).

      Defendants' May 16, 2008, request is granted and defendants have 30 days from the date this order is served to file and serve a response to the complaint.

      So ordered.

Dated: May 22, 2008.

                                    EDMUND F. BRENNAN
                                    UNITED STATES MAGISTRATE JUDGE