IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SHAW WENSEL,

        Plaintiff,                   No. CIV S-07-0900 JAM EFB P

    vs.

R.J. SUBIA, et al.,

        Defendants.        <u>ORDER</u>

_____/

      Plaintiff is a prisoner without counsel suing for alleged civil rights violations. *See* 42 U.S.C. § 1983. On July 2, 2008, plaintiff moved for an extension of time to file and serve an opposition to defendants' June 17, 2008, motion to dismiss. *See* Fed. R. Civ. P. 6(b).

      Plaintiff's July 2, 2008, motion is granted and plaintiff has 30 days from the date this order is served to file and serve an opposition to defendants' June 17, 2008, motion to dismiss.

      So ordered.

DATED: July 10, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE