IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SHAW RONALD WENSEL,

    Plaintiff,                    No. CIV S-07-0900 JAM EFB P

    vs.

R. J. SUBIA, et al.,

    Defendants.          ORDER

_____/

        Plaintiff is a prisoner without counsel suing for alleged civil rights violations. *See* 42 U.S.C. § 1983. Currently pending before the court are plaintiff's July 2 and July 8, 2008, requests for additional time to oppose defendants' June 17, 2008, motion to dismiss. For the reasons explained below, the July 2 request must be granted and the July 8 request must be stricken.

        On June 4, 2008, plaintiff wrote to inform the court that he had been transferred to a different prison and that since he refused to be housed in a dorm, he would be housed in administrative segregation. He stated that as a consequence, he would be unable "to answer any correspondence any time soon." *See* Dckt. # 23. As noted, on June 17, 2008, defendants moved to dismiss this action, and long before his opposition was due pursuant to Local Rule 78-230(m), plaintiff requested additional time to respond to the motion. In the July 2, 2008, request, plaintiff

1

asserts that his transfer was complete, but he still did not have any of his legal materials. He therefore could not even begin to prepare an opposition. The court finds that he has demonstrated good cause for an extension of time. *See* Fed. R. Civ. P. 6(b).

With respect to the July 8, 2008, request, the court finds that it must be stricken because plaintiff did not sign it and he did not submit it on his own behalf. A party representing himself must sign each document he files. Local Rule 7-131(b). With respect to a party representing himself, this court's Local Rules provide:

> Any individual who is representing himself or herself without an attorney must appear personally or by courtesy appearance by an attorney admitted to the Bar of this Court and may not delegate that duty to any other individual, including husband or wife, or any other party on the same side appearing without an attorney.

Local Rule 83-183(a). One of plaintiff's fellow prisoners submitted the July 8 request on plaintiff's behalf. As noted above, plaintiff represents himself in this action. There is no evidence that this other prisoner is an attorney admitted to the Bar of this Court. Accordingly, the court cannot consider the July 8 request. It must be stricken.

Accordingly, it is ORDERED that:

1. Plaintiff's July 2, 2008, request for an extension of time is granted, and plaintiff has 30 days from the date this order is served to file a response to the motion to dismiss; and

2. The July 8, 2008, request for an extension of time is stricken and the Clerk of the Court is directed to make a notation to that effect on the docket.

Dated: July 14, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE